# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAUL CASTER,

          Plaintiff,

v.

TRIBAR MANUFACTURING, LLC,

          Defendant.

Case No. 2:20-cv-12541

Honorable Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## INDEX OF EXHIBITS

1. Order Approving FLSA Settlement

2. Order of Dismissal with Prejudice

27904\413855\263102831.v1